UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

SALVATORE PICCOLO, SUSAN PICCOLO, AND BLUE
RAGE INC., d/b/a THE COP SHOP,

                                  Plaintiffs,     **NOTICE OF APPEARANCE**

                -against-

                                                              18-CV-1324 (SJF)(GRB)

GERALD SINGLETON,

                                  Defendant.

-------------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that **Thais R. Ridgeway**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendant, Gerald Singleton.  I certify that I am admitted to practice before this Court.

Dated:       New York, New York
                April 5, 2019

                                              ZACHARY W. CARTER
                                              Corporation Counsel of the City of New York
                                              *Attorney for Defendant*
                                              Tel: (212) 356-3586
                                              tridgew@law.nyc.gov

                                  By:               /s/
                                                  Thais R. Ridgeway
                                                  *Assistant Corporation Counsel*

                      **[Service List on the Following Page]**

CC:    Anthony J. Colleluori, Esq.
        Ethan D. Irwin, Esq.
        RAISER & KENNIFF, P.C.
        *Attorneys for Plaintiff*
        300 Old Country Road, Suite 351
        Mineola, New York 11501
        **BY ECF**